NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RATES TECHNOLOGY, INC.,
*Plaintiff-Appellant,*

v.

SPEAKEASY, INC. AND BEST BUY CO., INC.,
*Defendants-Appellees,*

AND

MEGAPATH, INC., COVAD COMMUNICATIONS COMPANY, COVAD COMMUNICATIONS GROUP, INC., CCGI HOLDING CORPORATION, PLATINUM EQUITY LLC, AND SPEAKEASY BROADBAND SERVICES, LLC,
*Defendants-Appellees.*

2011-1436

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-6482, Judge Denise Cote.

## ON MOTION

## O R D E R

MegaPath, Inc., et al. moves to withdraw Alan L. Briggs as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 0 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: David L. Leichtman, Esq.
David S. Elkins, Esq.
Chad E. Ziegler, Esq.
Alan L. Briggs, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 0 8 2011**

**JAN HORBALY**
**CLERK**